

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00253-CR

| | | |
|---|---|---|
| Jared Robert Hillery | § | From Criminal District Court No. 2 |
| | § | of Tarrant County (1098778D) |
| v. | § | June 26, 2014 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to adjudicate Hillery's guilt to reflect that he was adjudged guilty of robbery by threats. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Gabriel_____
     Justice Lee Gabriel